Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MATTHEW DRAGOTTA,<br>individually and on behalf of all<br>others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST VIEW SAVINGS BANK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 09-cv-00627-TFM<br><br><br><br><br>Filed Electronically |

**DECLARATION OF R. BRUCE CARLSON IN SUPPORT OF MOTION**
**FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES**
**AND PAYMENT OF PLAINTIFF INCENTIVE AWARD**

I, R. Bruce Carlson, hereby state under penalty of perjury as follows:

1.      I am a partner in the law firm of Carlson Lynch Ltd.  I submit this Declaration in support of my firm's application for an award of attorneys' fees and reimbursement of expenses, and payment of a plaintiff's incentive award, in connection with services rendered to the plaintiffs' settlement class.

2.      This firm's compensation for the services it has rendered in this case has been wholly contingent on the success of this litigation.

3.      As Class Counsel, the attorneys, paralegals, and staff of my firm were involved in the activities reflected in the spread-sheet appended hereto as Exhibit A.

4.      All of this work was reasonable and necessary to the prosecution of this case.

5.      The attorneys, paralegals, and staff in my firm have spent 268.50 hours working on this case from inception through June 15, 2011, and the spread-sheet includes an estimate of time and expenses since that date through the hearing on the motion for final approval of the

settlement on June 16, 2011.  The corresponding lodestar for this period, based on the firm's current rates, is $104,750.00.

6.     None of the time included in Class Counsel's fee application is for any work that has been done in connection with the application for fees.

7.     From inception through June 15, 2011, plus the estimate for preparing and attending the hearing on the final approval of the settlement, my firm has expended a total of $3,262.42 in unreimbursed expenses in connection with the prosecution of this litigation, broken down as follows:

| Category | Amount |
|---|---|
| Court costs | $805.00 |
| Fedex/Copies | $76.85 |
| Travel/Parking | $451.88 |
| Advertising Costs | $1,551.26 |
| Third Circuit Binding Costs | $267.43 |
| Website Update Costs | $110.00 |

These expenses are reflected in the books and records of this firm maintained in the ordinary course of business.  These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct, this 15th day of June, 2011.

/s/ R. Bruce Carlson
R. Bruce Carlson

# EXHIBIT A

Firm Name:
Carlson Lynch LTD

**Dragotta v. Westview Savings**
**Time Report**
Case Inception Through 6/14/2011

Categories:

1. Investigations, Factual Research, Initial Complaint
2. Discovery
3. Pleadings, Briefs and Pretrial Motions
   (Including Legal Research)

4. Court appearances
5. Settlement
6. Litigation Strategy, Analysis and Case Management

(P) Partner
(A) Associate
(PL) Paralegal

| ATTORNEY OR PARALEGAL | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL HOURS | CURRENT HOURLY RATE | TOTAL LODESTAR |
|---|---|---|---|---|---|---|---|---|---|
| R. Bruce Carlson (P) | 12.00 | | 71.50 | 4.00 | 36.50 | 21.75 | 145.75 | $450.00 | $65,587.50 |
| Gary F. Lynch (P) | | | 3.50 | 35.00 | 4.50 | 10.25 | 53.25 | $450.00 | $23,962.50 |
| Stephanie K. Goldin (A) | | | 42.50 | | 12.50 | | 55.00 | $250.00 | $13,750.00 |
| Elaine McFarland (PL) | 3.50 | | | | | 11.00 | 14.50 | $100.00 | $1,450.00 |
| **TOTALS:** | **15.50** | **0.00** | **117.50** | **39.00** | **53.50** | **43.00** | **268.50** | | **$104,750.00** |